# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL T. COKER, SR., et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ROGER DOWD, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:13-cv-00994-JCM-NJK <br><br> ORDER DENYING SECOND <br> PROPOSED DISCOVERY PLAN <br> (Docket No. 18) |

Pending before the Court is the Second Proposed Discovery Plan and Scheduling Order, Docket No. 18, which is hereby **DENIED**. The Court denied the first discovery plan submitted because, *inter alia*, it misstated Local Rule 26-4 with respect to the timing requirements for requesting extensions. *See* Docket No. 17. The resubmitted discovery plan continues to misstate Local Rule 26-4. *See* Docket No. 18 at 2. Local Rule 26-4 requires requests for extensions to be filed no later than 21 days before the expiration of the subject deadline sought to be extended. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of that deadline. Such a request filed only 21 days before the discovery cut-off would be untimely. Accordingly, the pending discovery plan is **DENIED** and the parties shall submit a revised discovery plan that correctly states Local Rule 26-4 no later than January 9, 2014.

IT IS SO ORDERED.

DATED: January 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge