# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL T. COKER, SR., et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ROGER DOWD, ) <br> ) <br> Defendant(s). ) | Case No. 2:13-cv-0994-JCM-NJK <br><br> ORDER SETTING HEARING ON <br> MOTION TO WITHDRAW <br><br> (Docket No. 27) |

Pending before the Court is a motion to withdraw as local counsel. Docket No. 27. The Court hereby orders that any response be filed no later than April 3, 2014. The motion to withdraw is hereby set for hearing for April 8, 2014 at 3:00 p.m. in Courtroom 3B. Current local counsel of record are ORDERED to attend that hearing in person. Defendant Roger Dowd and his national counsel are also ORDERED to attend the hearing, but they may attend the hearing telephonically by calling the Court's conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls as well as the use of a speaker phone are prohibited. Any new local counsel retained to represent Mr. Dowd in this matter is also ordered to attend. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

No later than March 28, 2014, current local counsel of record shall serve this order upon Mr. Dowd and shall file a proof of service.

IT IS SO ORDERED.

DATED: March 26, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge