1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10  DARRELL T. COKER, SR., et al.                    )
                                                     )
11                          Plaintiff,               )        Case No. 2:13-cv-0994-JCM-NJK
                                                     )
12  vs.                                              )        ORDER DENYING REQUEST TO
                                                     )        APPEAR TELEPHONICALLY
13  ROGER DOWD,                                      )
                                                     )
14                          Defendant.               )
    _____)
15
          The Court has set hearing on the instant case for April 25, 2014.  Docket No. 34.  On or about

16  April 14, 2014, attorney James Murphy faxed a letter to the Clerk's Office seeking an order allowing

17  him to appear at the hearing telephonically and asking the Court to "[p]lease advise" regarding that

18  request.  The Court has attached that letter hereto.  The request is hereby DENIED without prejudice.

19  "Papers may be filed with the Clerk by means of telephone facsimile machine ('fax') *only in cases

20  involving the death penalty*."  Local Rule 5-2 (emphasis added).  Requests seeking relief from the Court

21  should otherwise be filed as a motion or stipulation on the docket.  *See, e.g.*, Special Order 109

22  (outlining electronic filing procedures).

23        IT IS SO ORDERED.

24        DATED: April 18, 2014

25

26        _____

27        NANCY J. KOPPE
          United States Magistrate Judge

28

# LAXALT & NOMURA, LTD.
## ATTORNEYS AT LAW

**RENO OFFICE**
9600 GATEWAY DRIVE
RENO, NEVADA 89521
775.322.1170
FAX: 775.322.1865

**LAS VEGAS OFFICE**
6720 VIA AUSTI PARKWAY, SUITE 430
LAS VEGAS, NEVADA 89119
702.388.1551
FAX: 702.388.1559

## FACSIMILE TRANSMITTAL
### *REPLY TO LAS VEGAS OFFICE*

FAX NO. 702-464-5457

TO:
*Clerks Office:  Please deliver to:*
Hon. Nancy J. Koppe
United States Magistrate Judge
333 Las Vegas Blvd. Room 3005
Las Vegas, NV 89101

FROM:    James E. Murphy, Esq. - - Nancy

DATE:    April 14, 2014

RE:    Coker v. Dowd
       Case No. 2:13-cv-00995-JCM-NJK
       Our File No. 386.155

ORIGINAL TO FOLLOW:    YES    NO  ✓

THIS FACSIMILE TRANSMISSION CONSISTS OF __2____ PAGES INCLUDING THIS PAGE.
IF THERE IS ANY PROBLEM IN RECEIVING THIS TRANSMISSION, PLEASE CONTACT NANCY AT 702.388.1551.

CONFIDENTIALITY NOTICE:  Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by telephone and return the original message to Laxalt & Nomura, Ltd. at our expense.

# LAXALT & NOMURA, LTD.
## ATTORNEYS AT LAW

DON NOMURA
WAYNE SHAFFER*
ROBERT DOTSON
STEVEN GUINN*
DANIEL HAYWARD
JASON PEAK*
JAMES MURPHY
HOLLY PARKER

**RENO OFFICE**
9600 GATEWAY DRIVE
RENO, NEVADA 89521
TEL: 775.322.1170 FAX: 775.322.1865

**LAS VEGAS OFFICE**
6720 VIA AUSTI PKWY., SUITE 430
LAS VEGAS, NEVADA 89119
TEL: 702.388.1551 FAX: 702.388.1559

JANICE JENSEN*
ANGELA BADER*
LON BURKE
MARSHALL SMITH
MADELYN SHIPMAN
JUSTIN VANCE
DANIEL TETREAULT
RYAN LEARY*
MARILEE BRETERNITZ*

*ALSO ADMITTED IN CA

BRUCE LAXALT (1951-2010)

April 14, 2014
**REPLY TO LAS VEGAS OFFICE**

*Via Facsimile: Clerks Office: 464-5457*

Hon. Nancy J. Koppe
United States Magistrate Judge
333 Las Vegas Blvd. Room 3005
Las Vegas, NV 89101

**Re: Coker v. Dowd**
**Case No. 2:13-cv-00995-JCM-NJK**
**Our File No. 386.155**

Dear Judge Koppe:

As the Court is aware, the hearing on the Motion to Withdraw filed by Laxalt & Nomura required "Current local counsel of record are ORDERED to attend that hearing in person." The Court scheduled this live hearing on April 8, 2014. Due to the rescheduling of the motion hearings now scheduled for **April 25, 2014 at 10:00 a.m.**, I am respectfully requesting the Court allow me to appear telephonically at the hearing on the pending Motions to Withdraw and Countermotion to Enforce Settlement. Unfortunately, I am scheduled to be out of town in Tucson, Arizona. Plaintiff's Attorney, C. Conrad Claus, stipulates and agrees I should be allowed to appear via telephone. Mr. Claus and I are both willing to have a conference call to allow for that dispensation from the Court's Order, if needed. Please advise.

Best regards,

LAXALT & NOMURA, LTD.

James E. Murphy, Esq.

JEM/nr

cc: Conrad Claus, Esq. (via email)
Luke Anderson, Esq. (via email)