**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARRELL T. COKER, SR., et al.           )
                          Plaintiff,     )      Case No. 2:13-cv-0994-JCM-NJK
                                         )
vs.                                      )      ORDER
                                         )
ROGER DOWD,                              )
                          Defendant.     )
_____)

     The Court has set hearing on the instant case for April 25, 2014.  Docket No. 34.  On April 18, 2014, attorney James Murphy filed an Emergency Motion to Appear Telephonically.  Docket No. 41. For good cause shown, Counsel's Motion is **GRANTED**.

     IT IS SO ORDERED.

     DATED: April 21, 2014

                                           _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge