# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL T. COKER, SR., et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ROGER DOWD, et al.,<br><br>　　　　　Defendants. | Case No. 2:13-cv-0994-JCM-NJK<br><br>ORDER |

This matter is before the Court on two nearly identical Motions to Withdraw. Docket Nos. 50, 52. Local Counsel James Murphy, Esq., filed his motion on May 27, 2014, and National Counsel Luke Anderson, Esq., filed his motion on June 13, 2014. Both attorneys seek to withdraw as counsel of record for Defendant Dowd, citing conflicts with Dowd, as well as unpaid balances of attorney's fees and costs. Docket No. 50, at 2; Docket No. 52, at 2.

Local Rule IA 10-6 provides that "no withdrawal ... shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, discovery has closed, no trial date is set, and there are no pending motions (apart from the instant motions to withdraw) at this time.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. James Murphy's Motion to Withdraw as Counsel for Defendant Dowd (Docket No. 50) is **GRANTED**.

2. Luke Anderson's Motion to Withdraw as Counsel for Defendant Dowd (Docket No. 52) is **GRANTED**.

3. Defendant Roger Dowd shall have until **July 3, 2014,** to either retain new counsel, who shall file a notice of appearance in accordance with the Local Rules of Practice, or to file a statement that he will be proceeding *pro se.*

4. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

IT IS SO ORDERED.

DATED: June 19, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge