LON A. BURKE, ESQ.
Nevada Bar No. 6243
**LAXALT & NOMURA, LTD.**
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada  89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
Email: lburke@laxalt-nomura.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL T. COKER, SR.; ART & JEWELRY HOUSE, LLC a Nevada Domestic Limited Liability Company. <br><br> Plaintiff, <br> v. <br><br> ROGER DOWD, Does 1 through XX, inclusive; ROE BUSINESS ENTITIES I through X, inclusive. <br><br> Defendants. | Case No. 2:13-cv-0994-RFB-NJK <br><br> Order Granting Motion for Removal of Attorney |

TO THE HONORABLE COURT:

Pursuant to the Order of Withdrawal filed June 19, 2014 [Doc 54], granting withdrawal as counsel of record for Defendant Roger Dowd, attorney James E. Murphy, of Laxalt & Nomura, Ltd., is no longer representing Defendant Roger Dowd.  It is respectfully requested that attorney Lon A. Burke, Esq. of Laxalt & Nomrua, Ltd.  be removed from the service list in the above-referenced case and that the e-mail address

1 of lburke@laxalt-nomura.com be removed from the electronic mailing list associated
2 with this matter.

4 Respectfully submitted, this 8th day of August, 2014.

5 LAXALT & NOMURA, LTD.

_____
LON A. BURKE, ESQ.
Nevada Bar No. 6243
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada  89119

It is so ordered.
Dated August 11, 2014.

_____
United States Magistrate Judge